ACCEPTED
14-15-00648-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/27/2015 11:10:18 PM
CHRISTOPHER PRINE
CLERK

14-15-00648-CV

IN THE FOURTEENTH COURT OF APPEALS
HOUSTON, TX

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/27/2015 11:10:18 PM
CHRISTOPHER A. PRINE
Clerk

GWENDOLYN JACKSON AND BILLY JACKSON

v.

CACH, LLC

On Appeal from the County Civil Court at Law Number 3
Harris County, Texas
Trial Court Cause No. 1049215

**APPELLANTS' MOTION FOR EXTENSION OF TIME
TO PAY FILING FEE**

TO THE HONORABLE COURT OF APPEALS

Appellants, GWENDOLYN JACKSON and BILLY JACKSON, respectfully file this Motion for Extension of Time to Pay Filing Fee.

1.  The court previously provided notice to Appellants of the due date of the filing fee, however, Appellants were unable to pay the fee by the deadline because they are on a fixed income and other financial obligations prevented their paying the fee timely.

2.  This Motion seeks an extension of time to pay the filing fee, but does not require additional time because Appellants filing fee has now been paid.

3.  Appellants' counsel, Taura Spates requests that this Honorable Court accept Appellants' filing fee which has now been paid to the court.

4.     Appellants' filing fee was not paid late in reckless disregard for the notice requesting that the fee be paid by August 21, 2015, but was submitted in good faith as soon as financially possible, without any negative consequence to Appellee.

5.     For these reasons, Appellants respectfully requests that this court accept Appellants' filing fee so that the appeal may go forward.

Respectfully submitted,


*/s/ Taura D. Spates*

TAURA SPATES
State Bar No.:  24071745
P.O. Box 742393
Houston, Texas 77274
Tel: (713) 203 3861
Fax: (281) 206-2660


ATTORNEY FOR APPELLANTS,
GWENDOLYN JACKSON AND
BILLY JACKSON

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the above and foregoing Motion for Extension of Time to Pay Filing Fee has been served by delivery of a true copy on the August 27, 2015 to Appellee Cach, LLC by electronic transmission as follows:

Richard E. Clark
rclark@rclegal.net

Fallon Hamilton
fhamilton@rclegal.net

Shaun G. Brown
sbrown@rclegal.net

*/s/ Taura D. Spates*

Taura Spates